78, 297-02
3-3-15

Tr. Ct No. 2010 CR 1998          WR-78,297-02

Abel Acosta,

On 1/12/15, you sent to me a white card that stated "on this day, the original application for writ of mandamus has been received and presented to the court. It's been over 60 days since I've received this information from you. Please let me know what else needs to be done in order for me to get all my paperwork on my case from the convicting court, so I can start working on my case.

Thank you
For your time

Timothy Gaffney

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAR 06 2015

Abel Acosta, Clerk